IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                        CASE NO. 08-83535-JAC-13

THOMAS LEON BALDWIN II
SSN: xxx-xx-7231
CAMMIE SUE BALDWIN                            CHAPTER 13
SSN: xxx-xx-4724

     Debtor,


## <u>MOTION TO AUTHORIZE HOME MORTGAGE LOAN MODIFICATIONS</u><br><u>WITH AMERICA'S SERVICING COMPANY</u>

COMES NOW the Debtors, THOMAS LEON BALDWIN II and CAMMIE SUE BALDWIN, and moves this Honorable Court for authorization to enter into a loan modification agreement with America's Servicing Company and as grounds therefore would show as follows:


1.    The Debtor's current mortgage payment is $1,201.59 with an interest rate of 9.625%. The loan modification agreement proposes to keep the interest rate at 9.625 % and modify the monthly mortgage payment amount to $1,378.09 per month to allow the Debtor's to catch up the arrears on the mortgage.

2.    The Debtors will receive no cash proceeds from the transaction and will submit a copy of the HUD-1 financing statement to the Trustee for approval prior to closing.

3.    The proof of claim filed by the creditor, America's Servicing Company, for the balance of the mortgage arrears shall be disallowed with the balance of the claim to be paid in the mortgage modification.

2.    The Debtors believe that the loan modification agreement is in their best interest and would request this Court to grant authorization for them to enter into the loan modification agreement on the home mortgage.


WHEREFORE, THE FORGOING PREMISES CONSIDERED, the Debtors, Thomas L. Baldwin and Cammie Sue Baldwin, move this Honorable Court for authorization to enter into a loan modification agreement on their home mortgage to allow them to bring the mortgage payments current.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE PARTY FILING THIS MOTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE MOTION SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, IT WILL BE SET FOR A HEARING BEFORE THE JUDGE ON THE _28TH_ DAY OF FEBRUARY, 2011, AT 9: 00 A.M. AT THE FEDERAL BUILDING LOCATED IN DECATUR, ALABAMA.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.
Attorney for Debtors
908-C North Memorial Parkway
Huntsville, AL 35801
Phone: (256) 533-5097

## CERTIFICATE OF SERVICE

I, G. John Dezenberg, Jr., do hereby certify that I have this day served a copy of the foregoing instrument, by placing copies of same in the U.S. Mail, postage prepaid and properly addressed to the following:

Hon. Diane Murray
Attorney for America's Servicing Co.
Sirote & Permutt, P.C.
PO Box 55887
Birmingham, AL 35255-5587

Hon. Philip A. Geddes, Trustee
PO Box 2388
Decatur, AL 35602

America's Servicing Company
Attention: Bankruptcy Department
MACX7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715

And to all Creditors listed on the Debtor's Mailing Matrix as attached hereto.

THIS the 24th day of January, 2011.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.

Label Matrix for local noticing
1126-8
Case 08-83535-JAC13
NORTHERN DISTRICT OF ALABAMA
Decatur
Wed Jan 26 09:55:22 CST 2011

Jefferson Capital Systems LLC
PO BOX 7999
ST CLOUD, MN 56302-7999


1st Community Credit
1608 2nd Ave. SW
Cullman, AL 35055-5313


AMERICA'S SERVICING COMPANY
ATTENTION: BANKRUPTCY DEPT
MACX7801-014
3476 STATEVIEW BLVD
FORT MILL, 29715-7203

America's Servicing Company
PO Box 10388
Des Moines, IA 50306-0388


Chase Cars
7855 Hwy 72 West
Madison, AL 35758-9559


DR DAVID BRUCE
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027


Emergency Physicians Grp H'ville
PO Box 11407 DRW 141
Birmingham, AL 35246-0141


GMAC, LLC f/k/a General Motors Acceptance Co
c/o Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242-2215


Holloway Credit Bureau Co
P.O. Box 27
Huntsville, AL 35804-0027


America's Servicing Company
C/o Diane Murray-Sirote & Permutt
PO Box 55887
Birmingham, AL 35255-5887


Recovery Management System Corporation
attn: Ramesh Singh
25 SE 2nd Ave Ste 1120
Miami, Fl 33131-1605


1st Community Credit
920 Hwy 72 E
Athens, AL 35611-4318


ARROW FINANCIAL SERVICES, LLC
c/o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999


Brookwood Medical Center
2010 Brookwood Medical Ctr. Dr.
Birmingham, AL 35209-6875


Comprehensive Anest Services
2006 Franklin St. Ste. 301
Huntsville, AL 35801-4537


DR SAM FRANKEL
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027


(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765


HOLTS PEST CONTROL
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027


Huntsville EMS, Inc.
PO Box 7108
Huntsville, AL 35807-1108


GMAC, LLC
c/o Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingam, AL 35242-2215


U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775


1st Community Credit Corp
17 North 20th Street
Suite 660
Birmingham, Alabama 35203-4061


ATHENS UTILITIES
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027


Central Financial Control
P.O. Box 66040
Anaheim, CA 92816-6040


DEBRA L WILLIAMS DO
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027


Drive Financial Services
PO Box 560583
Dallas, TX 75356-0583


First Premier Bank
601 South Minnesota Ave.
Sioux Falls, SD 57104-4868


HSBC
PO Box 5253
Carol Stream, IL 60197-5253


Huntsville Hospital
101 Sivley Road
Huntsville, AL 35801-4470

Ingram & Associates, LLC
PO Box 59729
Birmingham, AL 35259-9729

Law Office of Mitchell N. Kay
7 Penn Plaza
New York, NY 10001-3995

Law Offices of Mitchell N. Kay
7 Penn Plaza - 18th Floor
New York, NY 10001-3967

MALLETTE DERMATOLOGY
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027

McCurry Motors Co.
24305 US Hwy 72
Athens, AL 35613-7605

Medco Services
4811 C Bradford Drive
Huntsville, AL 35805-1948

Premier BankCard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Santander Consumer USA Inc.
Attn: Heather Mupita
PO Box 560284
Dallas, TX 75356-0284

South Verizon Wireless
PO Box 3397
Bloomington, IL 61702-3397

Sunbelt Auto Center
1216 N. Memorial Parkway
Huntsville, AL 35801-5929

The Orthopaedic Center
927 Franklin Street 4th Floor
Huntsville, AL 35801-4305

VALLEY ENT
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027

Valley ENT Associates
1005 West Market St., Ste. 8
Athens, AL 35611-2454

Verizon Wireless
1 Verizon PL
Alpharetta, GA 30004-8510

Yearout Spina & Lavelle, P.C.
1500 Urban Center Dr., Suite 450
Birmingham, AL 35242-2215

Cammie Sue Baldwin
833 Clutts Rd.
Harvest, AL 35749-9034

G. John Dezenberg Jr.
908-C N Memorial Parkway
Huntsville, AL 35801-5813

Philip A Geddes
PO Box 2388
Decatur, AL 35602-2388

Thomas Leon Baldwin II
833 Clutts Rd.
Harvest, AL 35749-9034

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First American Bank
Attn: Gina Fowler
P.O. Box 2203
Decatur, AL 35602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) zzGMAC

(d) JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-7999

End of Label Matrix
Mailable recipients    50
Bypassed recipients     2
Total                  52