UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of:                          }
                                           }
Thomas Leon Baldwin, II                    }          CASE NO. 08-83535-JAC-13
SSN:  XXX-XX-7231                          }
a/k/a Skip Baldwin                         }          CHAPTER 13
Cammie Sue Baldwin                         }
SSN: XXX-XX-4724                           }
                    Debtor(s).             }

O R D E R

This matter came before the court without a hearing on the following:

Debtors' Motion to Authorize Home Mortgage Loan Modifications with America's Servicing
Company and Notice and Opportunity for Hearing.

The Court considered the pleading and no objections have been filed.

It is therefore **ORDERED, ADJUDGED and DECREED** that:

The Debtors' Motion to Authorize Home Mortgage Modifications with America's Servicing
Company is hereby GRANTED.

Dated:  March 8, 2011


                                    /s/ Jack Caddell
                                    Jack Caddell
                                    U.S. Bankruptcy Judge